NOVEMBER 22, 1985

No. 85–180.   AMERICAN AIRLINES, INC., ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari dismissed under this Court's Rule 53.

NOVEMBER 29, 1985

No. 84–1832.   ROCK *v.* ZINN, JUDGE, SECOND JUDICIAL DISTRICT.   Sup. Ct. N. M.   Certiorari dismissed under this Court's Rule 53.

DECEMBER 2, 1985

No. 85–506.   ASCANI, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ASCANI, ET AL. *v.* HUGHES ET AL.   Appeal from Ct. App. La., 4th Cir., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–583.   FAHEY *v.* BECKLEY ET AL.   Appeal from C. A. 7th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–551.   AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, ET AL. *v.* REAGAN, PRESIDENT OF THE UNITED STATES, ET AL.   Appeal from D. C. D. C. dismissed for want of jurisdiction.

No. 84–1815.   HOFFMAN *v.* ETI-QUETTE ASSAF LTD. ET AL. C. A. 2d Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sedima, S. P. R. L. v. Imrex Co.,* 473 U. S. 479 (1985).